**RECEIVED**

JUL 1 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANTHONY C. PITRE | CIVIL ACTION NO. 07-0354 |
| VS. | SECTION P |
| VENETIA MICHAEL, WARDEN | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Petitioner's Voluntary Motion to Dismiss, and, for the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,

**IT IS ORDERED THAT** petitioner's Voluntary Motion to Withdraw and Dismiss [doc. 6] be **GRANTED** and that his Petition for Writ of *Habeas Corpus* be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this the 17 day of July, 2007.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 7/12/07
BY: CW
TO: RFP

Cg